UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-23053-KMM

JESUS GONZALEZ,

Plaintiff,

v.

BIRD MINI LLC,

Defendant.

_________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendant, by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that they have reached a settlement in principle of this action. The parties expect to submit appropriate settlement/dismissal papers within thirty (30) days.

Dated: September 23, 2024

Respectfully submitted,

*s/ Alberto R. Leal*
Alberto R. Leal, Esq.
Florida Bar No. 1002345
Alberto R. Leal, Esq., P.A.
8927 Hypoluxo Road, Ste. 157
Lake Worth, FL 33467
Tel: (954) 637-1868
E-Mail: albertolealesq@gmail.com
Attorneys for Plaintiff

*s/ Adam S. Chotiner*[1]
Adam S. Chotiner, Esq.
FL Bar No. 0146315
Shapiro, Blasi, Wasserman & Hermann, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Tel: (561) 477-7800
Fax: (561) 477-7752
E-Mail: achotiner@sbwh.law
Attorneys for Defendant

---

[1] Alberto R. Leal has provided Adam S. Chotiner with express authority to jointly file this notice.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

**SERVICE LIST**

*Jesus Gonzalez v. Bird Mini LLC*
Case No. 1:24-cv-23053-KMM
United States District Court, Southern District of Florida

| | |
|---|---|
| Alberto R. Leal, Esq.<br>E-Mail: albertolealesq@gmail.com<br>Alberto R. Leal, Esq., P.A.<br>8927 Hypoluxo Road, Ste. 157<br>Lake Worth, FL 33467<br>Tel: (954) 637-1868<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL 33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |