UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-23053-KMM

JESUS GONZALEZ,

Plaintiff,

v.

BIRD MINI LLC,

Defendant.

_________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff JESUS GONZALEZ and Defendant BIRD MINI LLC, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

Dated: September 27, 2024

Respectfully submitted,

*s/ Alberto R. Leal*
Alberto R. Leal, Esq.
E-Mail: albertolealesq@gmail.com
Alberto R. Leal, Esq., P.A.
8927 Hypoluxo Road, Ste. 157
Lake Worth, FL 33467
Tel: (954) 637-1868
Counsel for Plaintiff
*Via CM/ECF*

*s/ Adam S. Chotiner*[1]
Adam S. Chotiner, Esq.
E-Mail: achotiner@sbwh.law
Shapiro, Blasi, Wasserman & Hermann, P.A.
7777 Glades Rd., Suite 400
Boca Raton, FL 33434
Tel: (561) 477-7800
Fax: (561) 477-7722
Counsel for Defendant
*Via CM/ECF*

[1] Plaintiff's counsel has provided Adam S. Chotiner with express authority to jointly file this stipulation.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

**SERVICE LIST**

*Jesus Gonzalez v. Bird Mini LLC*
Case No. 1:24-cv-23053-KMM
United States District Court, Southern District of Florida

| | |
|---|---|
| Alberto R. Leal, Esq.<br>E-Mail: albertolealesq@gmail.com<br>Alberto R. Leal, Esq., P.A.<br>8927 Hypoluxo Road, Ste. 157<br>Lake Worth, FL 33467<br>Tel: (954) 637-1868<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL 33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |